THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOHN C. CUSKER, CSBN 148227
Special Assistant United States Attorney
　　　333 Market St., Ste. 1500
　　　San Francisco, Ca. 94105
　　　Tel. (415) 977-8975
　　　FAX: (415) 744-0134
　　　Email: john.cusker@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON MORRIS, <br>   Plaintiff, <br>   v. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>   Defendant. | CV 09-0860 (CW) <br><br> JUDGMENT |

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

Dated: September 4, 2009

_____/S/_____

CARLA WOEHRLE

UNITED STATES MAGISTRATE JUDGE